**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 09-7064**

————————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

BRUCE TIMOTHY BLAND, JR.,

        Defendant – Appellant.

————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief District Judge.  (0:06-cr-01255-JFA-1)

————————

Submitted:  August 26, 2009      Decided:  September 3, 2009

————————

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Bruce Timothy Bland, Jr., Appellant Pro Se.  John David Rowell, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Timothy Bland, Jr. appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Bland</u>, No. 0:06-cr-01255-JFA-1 (D.S.C. May 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>